UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| RSI Systems, Inc.<br><br>v.<br><br>Polycom, Inc. | ) | 01-CV-381 (JMR/SRN) |
| RSI Systems, Inc.<br><br>v.<br><br>Tandberg, Inc, et al. | ) | 01-CV-826 (DWF/SRN) |
| RSI Systems Inc.<br><br>v.<br><br>Picturetel Corporation | ) | 01-CV-905 (JRT/FLN) |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 01-CV-381 having been assigned to the Honorable James M. Rosenbaum, United States District Judge, and Case No. 01-CV-826 having later been assigned to the Honorable Donovan W. Frank, United States District Judge,and Case No. 01-905 having later been assigned to the Honorable John R. Tunheim, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1. Case No. 01-CV-826 and 01-CV-905 be assigned to Judge Rosenbaum, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated February 5, 1998.

FILED JUN 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. A copy of this Order shall be filed in each case.

Dated: June 5th, 2001

JAMES M. ROSENBAUM
United States District Judge

Dated: June 8th, 2001

DONOVAN W. FRANK
United States District Judge

Dated: June 7, 2001

JOHN R. TUNHEIM
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, these cases are reassigned to Judge James M. Rosenbaum and Magistrate Judge Susan R. Nelson.

RSI Systems, Inc. vs. Tandberg, Inc., et al

NEW CASE NUMBER CIVIL 01-826 JMR/SRN

and

RSI Systems, Inc. vs. Picturetel Corporation

NEW CASE NUMBER CIVIL 01-905 JMR/SRN

Use these case numbers for all further filings.