241623

# UNITED STATES DISTRICT COURT
## District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-905 JMR/FLN **Case Title:** RSI Systems, Inc. v. PictureTel Corporation

**Affidavit of Movant**

I, Stephen Davidson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Wayne L. Stoner, an attorney admitted to practice in the ______ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant PictureTel Corp. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] Signature — 21301 MN Attorney License # — 7/25/01 Date

**Affidavit of Proposed Admittee**

I, Wayne L. Stoner, am currently a member in good standing of the U.S. District Court for the ______ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Wayne L. Stoner — Type/Print Name; [signature] — Signature; 7/23/01 — Date

Attorney License Number: 548015

Law Firm Name & Address: Hale and Dorr LLP
60 State Street
Boston, MA 02109

Telephone: (617) 526-6000

Motion Granted: Richard D. Sletten [signature]
For the Court: ~~Francis E. Dosal~~, Clerk

JUL 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______